IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

LORI ROSS and
JACKSON ROSS,

           Plaintiffs,

v.

JETSON ELECTRIC BIKES, LLC;
WAL-MART STORES EAST, L.P., a
Delaware Limited Partnership, d/b/a
WALMART; and JIANGSU GOPAL
INTELLIGENT TECHNOLOGY CO.,
LTD, a Chinese Corporation,

           Defendants.

Case No.: CIV-24-1293-SLP

## **COMPLAINT**

COME NOW the Plaintiffs and for their cause of action against the Defendants, allege and state as follows:

1.     That the Plaintiffs are residents of Garfield County, Oklahoma.

2.     That the Defendant Jetson Electric Bikes, LLC is a foreign corporation organized under the laws of the State of New York.

3.     That the Defendant Walmart Stores East, LP is a foreign limited partnership organized under the laws of the State of Delaware.

4.     That the Defendant Jiangsu Gopal Intelligent Technology Co., Ltd. is a foreign corporation doing business in the People's Republic of China.

## JURISDICTION AND VENUE

Plaintiffs incorporate all previous allegations and statements and further alleges the following:

5.    The incident in question occurred in Garfield County, Oklahoma.

6.    Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over the parties hereto, jurisdiction over the subject matter hereof, and venue is proper.

## FACTUAL BACKGROUND

Plaintiffs further incorporate all previous allegations and statements and further allege the following:

7.    That on or about the 18th day of December, 2022, Lori Ross was injured when a hoverboard suddenly accelerated without any driver input nor a driver being present on it, when the hoverboard separated, causing a portion of the unit to strike the Plaintiff Lori Ross in the foot; that as a direct and proximate result of this incident, she has sustained bodily injury.

8.    Plaintiffs further allege that the hoverboard in question was defective in both design and manufacture.

9.    The Plaintiff believes that the hoverboard was either manufactured by the Defendant Jiangsu Gopal Intelligent Technology Company, Ltd. and/or the Defendant Jetson Electric Bikes, LLC; that the unit in question was either designed by the Defendant Jiangsu Gopal Intelligent Technology Company, Ltd. or the  Defendant Jetson Electric Bikes, LLC

10.    That the  Defendant Jetson Electric Bikes, LLC does not have the ability to respond in damages. For this reason, the Defendant Wal-mart Stores East, L.P. d/b/a Walmart, is a named Defendant, as the hoverboard in question was purchased at Walmart Store #499, located at 5505 W. Owen K. Garriott Rd., Enid, Oklahoma. The Defendant Walmart is in the chain of distribution and would be liable for any damages sustained by the Plaintiff as a result of the defective product.

WHEREFORE, premises considered, Plaintiffs pray for judgment against the Defendants in an amount in excess of $75,000.00; for court costs incurred herein; and for such other relief deemed just and proper by this Court.

Respectfully submitted,
WALSH & FRANSEEN

s/ Micky Walsh
Micky Walsh, OBA No. 9327
200 E. 10th Street Plaza
Edmond, OK 73034-4761
Telephone: (405) 843-7600
Facsimile: (405) 606-7050
*Attorneys for Plaintiffs*

JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED

3